

Entered on Docket
April 29, 2010

*Bruce A. Markell*
_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2007, GSAMP Trust 2007-HSBC1
10-71137

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 08-19533-bam |
|---|---|
| Paulino Ruiz | Date: 4/20/2010<br>Time: 1:30 pm |
| Debtor | Chapter 13 |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement dated as of August 1, 2007, GSAMP Trust 2007-HSBC1, its assignees and/or successors in interest, of the subject property, generally described as 4604 Crimson Leaf Drive, Las Vegas, NV 89130.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

Submitted by:

WILDE & ASSOCIATES

By: _____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Randolph Goldberg
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
   \_\_\_\_ The court waived the requirements of LR 9021.
2  \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
   \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4       copy of this proposed order to all counsel who appeared at the hearing, and any trustee
        appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5       approved or disapproved the order, or failed to respond, as indicated below:

6  Debtor's counsel:
7  \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
8  \_\_\_\_ appeared at the hearing, waived the right to review the order
9  \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
11 \_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

12 \_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
13      counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
        parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14      respond, as indicated below.

15 Debtor's counsel:
16 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
17 \_\_\_\_ appeared at the hearing, waived the right to review the order
18 \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order
19 Trustee:
20 \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
   \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
21
22 \_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
        written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26